```
                                      FILED
                             CLERK, U.S. DISTRICT COURT

                                  JAN 1 2 2017

                             CENTRAL DISTRICT OF CALIFORNIA
                             BY               DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA CR 07-202-DOC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| FELIX MARTINEZ | ) | 18 U.S.C. 3143(a)] |
| Defendant. | ) | |

        The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
Central Dist, CA            for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    ⨉    The defendant has not met his/her burden of establishing by
      clear and convincing evidence that he/she is not likely to flee
      if released under 18 U.S.C. § 3142(b) or (c).  This finding is
      based on    Nature of allegations, no known bail
      resources

and/or

B.    ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

_____

        IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:   _____

                              _____
                              UNITES STATES MAGISTRATE JUDGE
                              PAUL L. ABRAMS

2